IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI LEVINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et. al.,<br><br>    Defendant(s). | No. C-09-0386 TEH (PR)<br><br>ORDER OF TRANSFER<br><br>(Doc. #s 3 & 5) |

Plaintiff, a prisoner at California State Prison, Corcoran in Corcoran, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the counties of Kings and/or San Joaquin, which lie within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that in the interest of justice and pursuant to 28 U.S.C. § 1406(a) this action be TRANSFERRED to

the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED   03/26/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.09\Levingston-09-386-transfer.wpd